# United States District Court
## Violation Notice

CVB Location Code: CA49

F 4660085

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F 4660085 | T. CALL | 2028 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 3/29/16 1430 | 21 USC 844 (a) |

Place of Offense: Highway 36 Post 35

Offense Description: POSSESSION OF MARIJUANA.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| MORENO | John | — |

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 5HDY249 | CA | 04 | Sub | 4T | Sil |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 150.00   Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 175.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:

Date (mm/dd/yyyy):

Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (8/07)

CVB SCAN APR 11, 2016 13:54

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation     ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 3/29/16
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

CVB SCAN APR 11, 2016 13:54